UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
JULIANA VELAZQUEZ
                Plaintiff(s)

      - against -

CITY OF NEW YORK, RAYMOND KELLY COMMISSIONER
OF NEW YORK CITY POLICE DEPARTMENT, LT. THOMAS
HARTIGAN AND SGT. CHARLES ROMERO sued
In their individual and professional capacities,
                Defendants
-------------------------------------------------------------------

Index No.: 08 cv 2159

Affidavit of Service

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Suffolk, New York 11735. That on March 7, 2008 at 1:29 p.m. at New York City Law Department, 100 Church Street, New York, New York deponent served the within Summons and Complaint on City of New York therein named.

1. \_\_\_\_INDIVIDUAL by delivering a true copy *of each* to said defendants personally; deponent knew the person so served to the person described as said defendant therein.

2. \_\_\_\_CORPORATION a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. \_X\_\_SUITABLE AGE by delivering thereat a true copy *of the* Complaint *t*o a person of suitable age discretion. Said premises is defendant's actual place of business within the state.

4. \_\_\_\_AFFIXING TO DOOR, ETC. by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

\_\_\_\_MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.

\_\_\_\_DESCRIPTION Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| \_\_\_Male | White Skin | \_X\_\_Black Hair | \_\_\_14-20 Yrs. | \_\_\_Under 5' | \_\_\_Under 100 lbs. |
| \_X\_Female | X\_\_Black Skin | \_\_\_Brown Hair | \_\_\_21-35 Yrs. | \_\_\_5'0" - 5"3" | \_\_\_100-130 lbs. |
| | \_\_\_Brown Skin | \_\_\_Blond Hair | \_X\_\_36-50 Yrs. | \_X\_5'4" - 5'8" | \_X\_\_131-160 lbs. |
| | | \_\_\_Gray Hair | \_\_\_51-65 Yrs. | \_\_\_5'9"-6'0" | \_\_\_161-200 lbs. |
| | | \_\_\_Red Hair | \_\_\_Over 65 Yrs. | \_\_\_Over 6' | \_\_\_Over 200 lbs. |
| | | \_\_\_White Hair | | | |
| | | \_\_\_Glasses | | | |

Sworn to before me on

The 18th day of March, 2008

*Rosemary A. Horan* (signature)
ROSEMARY A. HORAN
Notary Public, State of New York
No. 01HO5077395
Qualified in Nassau County
Commission Expires 4/21/20 11

JOHN MICHAEL DEVITO (signature)