UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
JULIANA VELAZQUEZ
                    Plaintiff(s)

       - against -

CITY OF NEW YORK, RAYMOND KELLY COMMISSIONER
OF NEW YORK CITY POLICE DEPARTMENT, LT. THOMAS
HARTIGAN AND SGT. CHARLES ROMERO sued
In their individual and professional capacities,
                    Defendants
-------------------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

Index No.: 08 cv 2159

Affidavit of Service

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Suffolk, New York 11735. That on March 7, 2008 at 2:21 p.m. at New York City Police Department, One Police Plaza, New York, New deponent served the within Summons and Complaint on Raymond Kelly, New York City Police Commissioner therein named.

1. ____INDIVIDUAL by delivering a true copy *of each* to said defendants personally; deponent knew the person so served to the person described as said defendant therein.

2. ____CORPORATION a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. _X_ SUITABLE AGE by delivering thereat a true copy *of the Complaint* to a person of suitable age discretion. Said premises is actual place of business within the state.

4. ____AFFIXING TO DOOR, ETC. by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.

____DESCRIPTION Deponent describes the individual served as follows:
1 or 3

    _X_ Male     _X_ White Skin     _X_ Black Hair     ___14-20 Yrs.     ___Under 5'     ___Under 100 lbs.

    ___Female     ___Black Skin     ___Brown Hair     ___21-35 Yrs.     ___5'0" - 5"3"     ___100-130 lbs.

               ___Brown Skin     ___Blond Hair     _X_ 36-50 Yrs.     _X_ 5'4" - 5'8"     ___131-160 lbs.

                                ___Gray Hair     ___51-65 Yrs.     ___5'9"-6'0"     _X_ 161-200 lbs.

                                ___Red Hair     ___Over 65 Yrs.     ___Over 6'     ___Over 200 lbs.

                                ___White Hair

                                _X_ Glasses

Sworn to before me on

The 18th day of March, 2008

                                                            JOHN MICHAEL DEVITO

ROSEMARY A. HORAN
Notary Public, State of New York
[illegible]
Qualified in [illegible] County
Commission [illegible] 4/21/20[11]