Case 1:08-cv-02159-BSJ-GWG    Document 5    Filed 04/07/2008    Page 1 of 2



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DONNA A. CANFIELD
phone: (212) 788-8703
fax: (212) 788-8877
mobile: (917) 573-3480
email: dcanfiel@law.nyc.gov

March 25, 2008

**BY FACSIMILE: 212-805-6191**

Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/08 dc

      Re:  Velazquez v. City of New York et al.
            Civil Action Number: 08 CV 2159
            NYCLIS Number: 2008-007920

Dear Judge Jones:

        I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced alleged employment discrimination matter involving the New York City Police Department. I write, with the consent of plaintiffs' counsel, to request a thirty day extension of time to answer or otherwise respond to plaintiff's Complaint from March 27, 2008 to April 28, 2008. Defendants were served with the Complaint on March 7, 2008. Accordingly, defendants' response is currently due March 27, 2008.

        In this action plaintiff, a former probationary police officer alleges discrimination, harassment and retaliation in employment under Title VII, 42 U.S.C. § 1983, and the State and City Human Rights Laws against the City, as well as intentional/negligent infliction of emotional distress, assault, false arrest, and malicious prosecution against certain individual police officers. We are requesting this extension in order to afford this office the opportunity to investigate the allegations in the Complaint, determine the scope of our representation, and prepare an appropriate response. This is defendants' first request for an extension of time.

        For these reasons, defendants respectfully request an extension of time to answer or otherwise respond to plaintiff's Complaint until April 28, 2008.

NYC LAW DEPARTMENT    Fax:212-788-8877    Mar 25 2008 17:40    P.02



Honorable Barbara S. Jones
United States District Judge
Velazquez v. City of New York et al.
March 25, 2008
Page 2

    I thank the Court for its consideration of this request.

Respectfully submitted,

Donna A. Canfield (DC2430)
Assistant Corporation Counsel

cc: Linda Cronin, Esq.
   Cronin & Byczek, LLP
   1983 Marcus Avenue, Suite C-120
   Lake Success, N.Y. 11042
   (BY FACSIMILE: (516) 358-1730)

Application GRANTED

SO ORDERED
Dated:  BARBARA S. JONES
    U.S.D.J.
3/27/08

NYC LAW DEPARTMENT   Fax:212-788-8877   Mar 25 2008 17:41   P.03