

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
phone: (212) 788-8703
fax: (212) 788-8877
mobile: (917) 573-3480
email: dcanfiel@law.nyc.gov

April 25, 2008

**BY FACSIMILE: 212-805-6191**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

      Re:  Velazquez v. City of New York et al.
            Civil Action Number: 08 CV 2159

Dear Judge Jones:

    I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced alleged employment discrimination matter involving the New York City Police Department. I write to request an additional thirty-day extension of time to answer or otherwise respond to plaintiff's Complaint from April 28, 2008 to May 26, 2008. The City of New York has been previously granted a thirty-day extension.

    This request is made because in the course of investigating the claims, this office learned that service had not been effected on one of the named defendants in this matter, Lt. Thomas Hartigan, who retired from the NYPD in January 2008. Because Lt. Hartigan was not employed by the NYPD at the time process was served, this office is in the process of obtaining Lt. Hartigan's contact information and will reach out to him to ascertain if he will authorize us to accept serve on his behalf. We also need to interview him to determine whether he will be represented by this office. We are also still in the process of determining whether we will represent Sgt. Romero.

    Plaintiff's counsel has consented to the additional thirty-days on the condition that, if the City determines it will not represent Lt. Hartigan, the City must provide plaintiff's counsel with his last known address. The City is agreeable to this condition.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

Honorable Barbara S. Jones
United States District Judge
Velazquez v. City of New York, et al.
April 25, 2008
Page 2

    Accordingly, for the reasons discussed herein, the City of New York respectfully request an extension of time to answer or otherwise respond to plaintiff's Complaint until May 26, 2008.

    I thank the Court for its consideration of this request.

                                     Respectfully submitted,

                                     Donna A. Canfield (DC2430)
                                   Assistant Corporation Counsel

cc:    Linda Cronin, Esq.
        Cronin & Byczek, LLP
        1983 Marcus Avenue, Suite C-120
        Lake Success, N.Y. 11042
        (BY FACSIMILE: (516) 358-1730)

Application GRANTED.

SO ORDERED
Dated:       BARBARA S. JONES
            U.S.D.J.

4/26/08