```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
JULIANA VELAZQUEZ,
                                                08 CV 2159
                    Plaintiff,
    -against-
                                                NOTICE
CITY OF NEW YORK, RAYMOND KELLY,                OF
POLICE COMMISSIONER OF NEW YORK CITY            APPEARANCE
POLICE DEPARTMENT, LT. THOMAS
HARTIGAN and SGT. CHARLES ROMERO, sued in
Their individual and professional capacities,

                    Defendants.
-------------------------------------------X
```

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this Court.

Dated: Lake Success, New York
       June 26, 2008

                                            Yours, etc.

                                            Cronin & Byczek, LLP
                                            Attorneys for Plaintiff

                                            _____/s/_____
                                            DORIS RIOS DUFFY (DRD5923)
                                            1983 Marcus Avenue
                                            Suite C-120
                                            Lake Success, New York 11042
                                            (516) 358-1700