# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

Julian Velazquez

Vs.

City of New York, Raymond Kelly Commissioner of New York City Police Department, Lt. Thomas Hartigan and Sgt. Charles Romero, sued in their individual and professional capcities.

## AFFIDAVIT OF PERSONAL SERVICE

CASE NUMBER: 08 CV 2159

I, Erin De La Cruz, hereby certify that I have personally served a true and exact copy of the Summons and Complaint in the above captioned matter upon Lt. Thomas Hartigan (retired), via hand delivery on June 19th, 2008 at 300 Honeywood Court, Cary, NC.

I further certify that I am over the age of 18 and I am not a party or an attorney in this action.

_____
Erin De La Cruz
Process Server

Sworn to and subscribed before me

this the 20th day of June, 2008.

_____
Notary Public

My Commission Expires: 08/01/09